IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIN KNIPPLE                                  :
                                              :
    v.                                        :        CIVIL ACTION NO. 13-7432
                                              :
PENNSYLVANIA ORAL &                           :
MAXILLOFACIAL SURGERY, LTD.                   :

## ORDER

**AND NOW, TO WIT:** This __9th__ day of __July__, 2014, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY: _C Sampson_
For Donna Donohue Marley
Deputy Clerk to Judge Surrick

Copies FAXED on __07/09/14__ to:

Michael Patrick Murphy, Jr., Esquire
Jeffrey S. Adler, Esquire